Geary JOHNSON, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 04–11235.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided March 30, 2005.

Robert E. Barfield, Amarillo, TX, for Plaintiff–Appellant.

Brian Christopher Linden, Social Security Administration, Office of General Counsel, Dallas, TX, for Defendant–Appellee.

---

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

We affirm the decision of the district court for the following reasons:

1. Substantial evidence in the record supports the Commissioner's conclusion that Johnson's condition does not meet a listed impairment, including Listing 1.05(C). *Leggett v. Chater,* 67 F.3d 558, 564 (5th Cir.1995). Johnson has not shown that his condition satisfies each medical criterion of Listing 1.05(C). *Sullivan v. Zebley,* 493 U.S. 521, 530, 110 S.Ct. 885, 107 L.Ed.2d 967 (1990).

2. Substantial evidence in the record supports the Commissioner's assessment of Johnson's residual functional capacity. 20 C.F.R. § 404.1545(a)(1) (2005); *Leggett,* 67 F.3d at 564 (5th Cir. 1995). Substantial evidence supports the Commissioner's conclusion that Johnson's subjective complaints regarding the severity of his pain and his need to lie down for several hours a day were not entirely credible. *Carrier v. Sullivan,* 944 F.2d 243, 247–48 (5th Cir.1991).

AFFIRMED.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.